FILED

AUG - 4 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN BRYANT TAYLOR )<br>  also known as "Marquis" )<br>KENDALL PITTS )<br>  also known as "Face" )<br>RODNEY JENKINS )<br>  also known as "Unk" )<br>RICKY ALLEN OVERBAY )<br>ANGELA BETH BENARD )<br>TESSA RAE HINES )<br>CIERRA BRIONNA LONG )<br>BETHANY KAY CHILDRESS )<br>ALEXANDER SHAMELL POWELL )<br>  also known as "Big Mike" )<br>CLARENCE L. BENJAMIN )<br>  also known as "Streets" )<br>KIRK ESTES ) | No. 2:20-CR- 63<br>JUDGE Jordan |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that beginning in or about the month of November, 2018 and continuing until on or about July 23, 2020, in the Eastern District of Tennessee and elsewhere, the defendants, JONATHAN BRYANT TAYLOR also known as "Marquis", KENDALL PITTS also known as "Face", RODNEY JENKINS also known as "Unk", RICKY ALLEN OVERBAY, ANGELA BETH BENARD, TESSA RAE HINES, CIERRA BRIONNA LONG, BETHANY KAY CHILDRESS, ALEXANDER SHAMELL POWELL also known as "Big

Mike", CLARENCE L. BENJAMIN also known as "Streets", KIRK ESTES, and Lamar Keith Banks also known as "OG" (named but not charged in this indictment), and others persons, known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and diverse other persons to commit the following offenses against the United States: The distribution of one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin in violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(A).

[21 U.S.C. §§ 846, 841 (b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that on or about February 19, 2019, in the Eastern District of Tennessee, the defendant, ANGELA BETH BERNARD, did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.

[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT THREE

The Grand Jury further charges that on or about August 22, 2019, in the Eastern District of Tennessee, the defendants, BETHANY KAY CHILDRESS and RICKY ALLEN OVERBAY, aided and abetted by each other, did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.

[21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2]

## COUNT FOUR

The Grand Jury further charges that on or about November 7, 2019, in the Eastern District of Tennessee, the defendant, TESSA RAE HINES, did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.

[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT FIVE

The Grand Jury further charges that on or about January 8, 2020, in the Eastern District of Tennessee, the defendant, CIERRA BRIONNA LONG, did knowingly, intentionally, and without authority distribute a detectable amount of fentanyl, a Schedule I, controlled substance.
[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT SIX

The Grand Jury further charges that on or about February 6, 2020, in the Eastern District of Tennessee, the defendant, KIRK ESTES, did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.
[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT SEVEN

The Grand Jury further charges that on or about February 18, 2020, in the Eastern District of Tennessee, the defendant, JONATHAN BRYANT TAYLOR also known as "Marquis", did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.
[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT EIGHT

The Grand Jury further charges that on or about March 19, 2020, in the Eastern District of Tennessee, the defendant, ALEXANDER SHAMELL POWELL, also known as "Big Mike", did knowingly, intentionally, and without authority distribute a detectable amount of heroin, a Schedule I, controlled substance.
[21 U.S.C. § 841(a)(1) and (b)(1)(C)]

## COUNT NINE

The Grand Jury further charges that on or about July 23, 2020, in the Eastern District of Tennessee, the defendant, KENDELL PITTS also known as "Face" and RODNEY JENKINS also known as "Unk", aided and abetted by each other, did knowingly, intentionally, and without authority possess with the intent to distribute a detectable amount of heroin, a Schedule I, controlled substance.

[21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946)(*Pinkerton* liability)]

## COUNT TEN

The Grand Jury further charges that on or about July 13, 2020, in the Eastern District of Tennessee, the defendant, JONATHAN BRYANT TAYLOR also known as "Marquis", did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT ELEVEN

The Grand Jury further charges that on or about July 23, 2020, in the Eastern District of Tennessee, the defendant, CLARENCE L. BENJAMIN, also known as "Streets", did knowingly, intentionally, and without authority possess with the intent to distribute fifty grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. § 841(a)(1) and (b)(1)(A)]

## COUNT TWELVE

The Grand Jury further charges that on or about July 23, 2020, in the Eastern District of Tennessee, the defendant, CLARENCE L. BENJAMIN, also known as "Streets", did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Eleven, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## DRUG OFFENSE FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Nine and Count Eleven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, the defendants, JONATHAN BRYANT TAYLOR also known as "Marquis", KENDALL PITTS also known as "Face", RODNEY JENKINS also known as "Unk", RICKY ALLEN OVERBAY, ANGELA BETH BENARD, TESSA RAE HINES, CIERRA BRIONNA LONG, BETHANY KAY CHILDRESS, ALEXANDER SHAMELL POWELL also known as "Big Mike", CLARENCE L. BENJAMIN also known as "Streets", and KIRK ESTES, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following property:

A. U.S. CURRENCY

(1) Approximately $11,600.00 U.S. currency seized on July 13, 2020 from JONATHAN BRYANT TAYLOR at 3311 Watterson Street, Kingsport, TN, pursuant to a federal search and seizure warrant.

(2) Approximately $20,010.00 U.S. currency seized on July 14, 2020 at 592 Cleveland Street, Brooklyn, New York, pursuant to a consent search.

(3) Approximately $10,705.00 U.S. currency, seized on July 23, 2020 at 1320 Fairview Avenue, Kingsport, Tennessee, pursuant to a state search warrant issued for a joint investigation with federal Task Force Officers.

(4) Approximately $98,958.22 U.S. currency seized on July 23, 2020 from CLARENCE L. BENJAMIN at 188 Gray Station Road, Gray, Tennessee pursuant to a federal search and seizure warrant.

(5) Approximately $22,500.00 U.S. currency seized on July 16, 2020 from the residence of JOHNATHAN BRYANT TAYLOR located at 6520 Spanish Moss Lane, Charlotte, North Carolina, pursuant to a federal search and seizure warrant.

(6) Approximately $14,167.00 U.S. currency seized on July 16, 2020 from the residence of KENDALL PITTS located at 513 Mountain Lake Drive, Raleigh, North Carolina pursuant to a federal search warrant.

(7) Approximately $29,583.00 U.S. currency seized on July 13, 2020 from RODNEY JENKINS and KENDALL PITTS at 2805 Reservoir Road, Kingsport, Tennessee, pursuant to a federal search warrant.

B. MONEY JUDGMENT

A money judgment representing the proceeds that the defendants, JONATHAN BRYANT TAYLOR also known as "Marquis", KENDALL PITTS also known as "Face", RODNEY JENKINS also known as "Unk", RICKY ALLEN OVERBAY, ANGELA BETH BENARD, TESSA RAE HINES, CIERRA BRIONNA LONG, BETHANY KAY CHILDRESS, ALEXANDER SHAMELL POWELL also known as "Big Mike", CLARENCE L. BENJAMIN also known as "Streets", and KIRK ESTES, personally obtained as a result of the violations of Title 21, United States Code, Sections 841 and/or 846.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

## FIREARMS OFFENSE FORFEITURE ALLEGATIONS

The allegations contained in Counts Ten and Twelve of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c)(1)(A), as set forth in this Indictment, the defendants, JONATHAN BRYANT TAYLOR

also known as "Marquis", and CLARENCE L. BENJAMIN, also known as "Streets", shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearms and ammunition involved in or used in the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: J. CHRISTIAN LAMPE
Assistant U.S. Attorney