# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *INITIAL APPEARANCE AND ARRAIGNMENT*

USA vs **Kirk Estes**　　　　　Date: August 14, 2020

Case No. **2:20-CR-63(11)**　　　　Time 10:09 a.m. to 10:27 a.m.

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Leah Kingry | DCR | J. Christian Lampe |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Kirk Estes | Helen Nicole Himebaugh |

**PROCEEDINGS:**　　Arrest Date: 8/13/2020

- [x] Defendant sworn [x] Defendant found competent
- [x] Defendants advised of charges, penalties, and rights
- [x] Copy of indictment provided to defendant or counsel by AUSA
- [x] Financial affidavit executed [x] Defendants found indigent
- [x] Counsel present and appointed [ ] Counsel to be appointed [ ] Counsel to be retained
- [x] Plea of not guilty to all charges
- [ ] Agreement of government counsel to conditions of release
- [ ] Bond and Conditions of pretrial release set
- [ ] Defendants advised of penalties for violations of pretrial release
- [x] Oral motion by USA for detention [ ] Detention hearing waived with right to hearing reserved
- [x] Detention Hearing scheduled **Tuesday, August 18, 2020 at 10:00 a.m.**
- [x] Defendant remanded to custody of U.S. Marshal [ ] Defendant released on bond
- [x] Orders to enter