# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *DETENTION HEARING*

USA vs **Kirk Estes**  Date: August 24, 2020

Case No. **2:20-CR-63(11)**  Time 3:30 to 3:40

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | via Video | J. Christian Lampe |
|---|---|---|---|
| Deputy Clerk | Court Reporter | | Asst. U.S. Attorney |

**DEFENDANT**  **DEFENSE ATTORNEY**

Kirk Estes  via Video  Helen Nicole Himebaugh via Video

**PROCEEDINGS:**

- [✓] Opening statements by the Court
- [ ] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Opening statements by counsel for [ ] defendant; [ ] government
- [ ] Agreement by government counsel to conditions of release
- [ ] Witness(es) sworn [ ] placed under rule
- [ ] Oral argument by [ ] government [ ] defendant
- [ ] Proof offered by [ ] government; [ ] defendant
- [ ] Closing statements by [ ] defendant; [ ] government
- [ ] Findings from the bench
- [ ] Defendant to be detained
- [ ] Defendant remanded to custody of U.S. Marshal
- [ ] Bond and conditions of pretrial release set
- [ ] Defendant advised of penalties for violations of pretrial release
- [ ] Defendant remanded to custody for out-processing/pending completion of conditions
- [ ] Order to enter    Defendant waived hearing

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr 2-20-CR-63(11)_20200824_143743