IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs KIRK ESTES                DATE   June 10, 2021

Case No. 2:20-CR-63 (11)         Time  1:30     To 1:55
========================================================================
            Honorable Clifton L. Corker, U. S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY | J. GREGORY BOWMAN |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

========================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| KIRK ESTES (11) | NIKKI HIMEBAUGH |

**PROCEEDINGS:**

Defendant(s) Sworn

Defendant advised of rights to appear in person rather than by video

Waiver by defendant to appear by video conference-ACCEPTED

Court questions defendant(s) regarding physical and mental conditions and
    advises defendant of nature and possible consequences of plea

Indictments/reading waived

Motion of defendant(s) to change plea

Plea of Guilty to **Count 1-Lesser Included Offense** - Accepted

Plea Agreement filed on **05/27/21 [Doc. 191]**

Remaining Counts to be dismissed at time of sentencing

PSI reports requested

Plea Agreement(s) Taken Under Advisement

Defendant(s) remanded to custody of USM


**SENTENCING DATE:**
**September 24, 2021 @ 9:00 a.m. Before Honorable Clifton L. Corker**