# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v KIRK ESTES  Date: September 23, 2021

Case No. 2:20-CR-63 (11)   Time  9:06 A.M.   To  9:27 A.M.

Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY |
|---|---|
| Deputy Clerk | Court Reporter |
| NIKKI HIMEBAUGH | J. CHRISTIAN LAMPE |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak-accepts

Court Pronounces Judgment

It is the judgment of the Court on **Count One**, the defendant, Kirk Estes, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **46 months.**

Upon release from imprisonment, you shall be placed on supervised release for a term of **five (5) years.**

$100.00 Assessment

All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

**CONDITIONS OF PROBATION OR SUPERVISED RELEASE:**

[X] 13 standard conditions          [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs                [X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] participate in a mental health program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] You shall not take any prescribed narcotic drug, or other controlled substance, without notifying the physician that you have a substance abuse problem and without obtaining permission from the probation officer.

**RECOMMENDATIONS:** <u>500 hours of substance abuse treatment from the Bureau of Prisons' Institute Residential Drug Abuse Treatment Program. The Court will recommend that you receive a physical health evaluation and a mental health evaluation and needed treatment while in the custody of the Bureau of Prisons. In addition, the Court will recommend that you be afforded a full range of educational and vocational programs offered by the Bureau of Prisons/designation to the federal facility at Lexington, KY.</u>

Defendant remanded to custody of U.S. Marshal

Judgment to enter